IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCO CREDIT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HAMBRECHT 1980 REVOCABLE TRUST,<br><br>    Defendant.<br>                                  / | No. C 12-80249 WHA<br><br>**ORDER OF REFERENCE FOR DEBTOR'S EXAMINATION** |

      Pursuant to Civil Local Rule 72-1, it is **HEREBY ORDERED** that the motion for debtor's examination (Dkt. No. 3) is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

                                                  WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE