1  KEVIN F. KIEFFER, Bar No. 192193
   kevin.kieffer@troutmansanders.com
2  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:     949.622.2700
5  Facsimile:     949.622.2739

6  Attorneys for Plaintiff
   AFCO CREDIT CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  AFCO CREDIT CORPORATION,            Case No.  3:12-MC-80249-WHA

13             Plaintiff,               Hon. Jacqueline Scott Corely

14      v.                              [PROPOSED] ORDER REQUIRING
                                        JUDGMENT DEBTOR, THE HAMBRECHT
15  THE HAMBRECHT 1980 REVOCABLE        1980 REVOCABLE TRUST, TO APPEAR
    TURST,                              FOR EXAMINATION
16
               Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

20183368v1

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

Having considered the *Ex Parte* Application for Order Requiring Judgment Debtor to Appear for Examination ("Application") filed by plaintiff and judgment creditor AFCO Credit Corporation ("AFCO"),

IT IS HEREBY ORDERED THAT:

1.      AFCO's Application is GRANTED;

2.      The Hambrecht 1980 Revocable Trust ("Trust") is HEREBY ORDERED TO APPEAR through one or more of its duly appointed trustees, directors, officers or managing agents, on December 19, 2012 at 9:30 a.m., to furnish information to aid in the enforcement of a money judgment against the Trust (the "Examination") at the following address:

U.S. District Court, San Francisco Courthouse, Courtroom F, 15th Floor

450 Golden Gate Avenue, San Francisco, CA 94102

3.      Pursuant to California Code of Civil Procedure section 708.150(a), the Trust shall designate one or more of its trustees, directors, officers or managing agents familiar with the Trust's assets and property to appear and be examined.

4.      Subject to the supervision of the Court, AFCO's counsel shall conduct the Examination.  AFCO's counsel shall arrange for and bear the cost of a court reporter to attend and record the Examination.

The following notice is hereby given in accordance with California Code of Civil Procedure section 708.110(e):

**NOTICE TO JUDGMENT DEBTOR**:  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

DATED:  November 20, 2012 _____
                                                HON. JACQUELINE SCOTT CORLEY
                                                U.S. MAGISTRATE JUDGE