1  Kevin F. Kieffer, Bar No. 192193
   kevin.kieffer@troutmansanders.com
2  Thomas H. Prouty, Bar No. 238950
   thomas.prouty@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:     949.622.2700
5  Facsimile:     949.622.2739

6  Attorneys for Plaintiff
   AFCO CREDIT CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | AFCO CREDIT CORPORATION,        | Case No.  3:12-MC-80249-WHA |
|---|---|
13 |           Plaintiff,             | Hon. Jacqueline Scott Corely |
14 |     v.                           | **[PROPOSED]** ORDER REQUIRING THE HAMBRECHT 1980 REVOCABLE TRUST TO APPEAR FOR CONTINUED JUDGMENT DEBTOR EXAMINATION |
15 | THE HAMBRECHT 1980 REVOCABLE TRUST, | |
16 |                                  | |
17 |           Defendant.             | |

20234789v1

[PROPOSED] ORDER REQUIRING JUDGMENT DEBTOR TO APPEAR FOR EXAMINATION, CASE NO.
3:12-MC-80249-WHA

Having considered the parties' Stipulation Re: Judgment Debtor Examination, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Hambrecht 1980 Revocable Trust ("Trust") is HEREBY ORDERED TO APPEAR through one or more of its duly appointed trustees on January 25, 2013 at 9:00 a.m., to furnish information to aid in the enforcement of a money judgment against the Trust (the "Examination") at the following address:

> U.S. District Court, San Francisco Courthouse, Courtroom F, 15th Floor
> 450 Golden Gate Avenue, San Francisco, CA 94102

2. Pursuant to California Code of Civil Procedure section 708.150(a), the Trust shall designate one or more of its trustees familiar with the Trust's assets and property to appear and be examined.

3. Subject to the supervision of the Court, AFCO's counsel shall conduct the Examination. AFCO's counsel shall arrange for and bear the cost of a court reporter to attend and record the Examination.

The following notice is hereby given in accordance with California Code of Civil Procedure section 708.110(e):

**NOTICE TO JUDGMENT DEBTOR**: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

DATED: January 8, 2013

_____
HON. JACQUELINE SCOTT CORLEY
U.S. MAGISTRATE JUDGE

20234789v1

- 1 -
[PROPOSED] ORDER REQUIRING JUDGMENT DEBTOR TO APPEAR FOR EXAMINATION, CASE NO. 3:12-MC-80249-WHA