United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCO CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE HAMBRECHT 1980 REVOCABLE TRUST,<br><br>Defendant. | Case No.: C-12-80249 WHA (JSC)<br><br>**ORDER TO SHOW CAUSE AS TO WHY AN ORDER FOR SALE OF REAL PROPERTY SHOULD NOT ISSUE** |

This action concerns AFCO Credit Corporation's ("AFCO") attempt to collect a money judgment it obtained in the United States District Court for the Southern District of New York in the amount of $1,131,554.79 against The Hambrecht 1980 Revocable Trust ("Hambrecht"). The Judgment was registered in this District on October 19, 2012. (Dkt. No. 1.) Presently before the Court is Plaintiff's Ex Parte Application for Order for Sale of Real Property and for Issuance of Order to Show Cause Why Order for Sale of Real Property Should Not Be Made ("Application"). (Dkt. No. 44.)

The Court having considered AFCO's Application for an order for sale of the real property commonly known as 32-34 Carl Street, San Francisco, California 94117 ("Real Property") and for

good cause appearing therefore, IT IS HEREBY ORDERED that Hambrecht appear on **May 30, 2013 at 9:00 a.m.** in Courtroom F of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, to show cause, if any, why the Application should not be granted. Hambrecht's written response to this Order shall be filed no later than **May 16, 2013**. AFCO may then respond to Hambrecht's response by no later than **May 23, 2013**.

IT IS FURTHER ORDERED that a copy of (1) this order to show cause, (2) the Application, and (3) the notice of hearing in the form prescribed by the California Judicial Council, shall be served on the Trust in accordance with California Code of Civil Procedure section 704.770(b)(1). Copies of each of the foregoing documents shall also be served on the occupant(s) of the Real Property, or if no occupant(s) is/are present at the time service is attempted, posted in a conspicuous place at the Real Property, in accordance with California Code of Civil Procedure section 704.770(b)(2). Service and posting of these documents shall be accomplished at least thirty (30) days before the date of the hearing set forth above.

IT IS SO ORDERED.

Dated: April 24, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE